## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :     Criminal Action No. 17- 47-UNA |
| OMAR MORALES COLON a/k/a "El Tigre," ROQUE VALDEZ, and MOHAMED AVILES CAMBEROS a/k/a "Pedrito," | : |
| Defendants. | : |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

Beginning on or about December 14, 2016, and continuing to on or about March, 2017, in the District of Delaware and elsewhere, the defendants,

**Omar MORALES COLON a/k/a "El Tigre," Roque VALDEZ and Mohamed AVILES CAMBEROS a/k/a "Pedrito,"**

knowingly and intentionally combined, conspired, confederated and agreed with each other, and with other persons known and unknown to the Grand Jury, to distribute five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### Manner and Means

It was part of the conspiracy that:

1.    On at least four occasions, VALDEZ and CAMBEROS obtained cocaine from a supplier in California.  The first three occasions, VALDEZ and CAMBEROS obtained approximately twenty (20) kilograms of cocaine, and the fourth occasion VALDEZ and CAMBEROS obtained approximately seventeen (17) kilograms of cocaine.

2.    In California, VALDEZ and CAMBEROS concealed that cocaine inside oxygen tanks and welded the tanks shut.

3.    VALDEZ and CAMBEROS drove from California to Delaware to deliver the oxygen tanks filled with cocaine to COLON.

4.    Once VALDEZ and CAMBEROS arrived in Delaware, COLON provided VALDEZ and CAMBEROS with cash to pay for the cocaine.

5.    COLON also provided VALDEZ and CAMBEROS with access, including keys and garage door openers, for locations, including a location on Marshall Street in Wilmington, Delaware ("the Marshall Street Property"), which was one of twelve properties owned by COLON through a corporation for which he was sole shareholder, Zemi Property Management.

6.    Once at the Marshall Street Property and any other properties to which COLON directed VALDEZ and CAMBEROS, VALDEZ and CAMBEROS opened the oxygen tanks, removed the cocaine, placed the cash that COLON had provided inside the oxygen tanks, and welded the oxygen tanks shut.

7.    VALDEZ and CAMBEROS then drove the oxygen tanks containing the cash back to California.

2

8.    COLON then distributed the kilograms of cocaine to his customers, including customers in Delaware.

## Overt Acts

9.    The following overt acts, among others, were committed in furtherance of the conspiracy:

a.    On or about December 14, 2016, VALDEZ and CAMBEROS arrived in Delaware from California and checked into a hotel in Christiana, Delaware.

b.    On or about January 27, 2017 VALDEZ and CAMBEROS arrived in Delaware from California and checked into a hotel in Christiana, Delaware.

c.    On or about March 9, 2017 VALDEZ and CAMBEROS arrived in Delaware from California and checked into a hotel in Christiana, Delaware.

d.    On or about May 5, 2017, VALDEZ and CAMBEROS arrived in Delaware from California and checked into a hotel in Christiana, Delaware.

e.    On or about May 6, 2017, COLON delivered approximately $382,000 in cash, which was payment for cocaine, to VALDEZ and CAMBEROS in the parking lot of a hotel in Christiana, Delaware.

f.    On or about May 6, 2017, CAMBEROS provided COLON with a pink post-it note on which was hand-written "$393,400," the amount that COLON was to pay VALDEZ and CAMBEROS for the cocaine they delivered from California.

g.    On or about May 6, 2017, COLON provided VALDEZ and CAMBEROS with a garage door opener for the Marshall Street Property, with the intention that VALDEZ and CAMBEROS would go to the Marshall Street Property to unload the cocaine.

h.      On or about May 6, 2017, VALDEZ and CAMBEROS possessed approximately seventeen (17) kilograms of cocaine, which were concealed within green oxygen tanks, with the intent to distribute that cocaine to COLON.

All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about May 6, 2017, in the District of Delaware, the defendant,

**Omar MORALES COLON a/k/a "El Tigre,"**

did knowingly and intentionally attempt to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).  All in violation of Title 21, United States Code, Section 846.

## COUNT III

On or about May 6, 2017, in the District of Delaware, the defendants,

**Roque VALDEZ and Mohamed AVILES CAMBEROS a/k/a "Pedrito,"**

did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT IV

On or about May 6, 2017, in the District of Delaware, the defendant,

**Omar MORALES COLON a/k/a "El Tigre,"**

did knowingly and intentionally manufacture one hundred (100) or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT V

On or about May 6, 2017, in the District of Delaware, the defendant,

### Omar MORALES COLON a/k/a "El Tigre,"

did knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectible amount of marijuana, a Schedule I controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### NOTICE OF FORFEITURE- Counts I, IV and V

Upon conviction for the controlled substance offense(s) alleged in Count I (with respect

to Omar MORALES COLON a/k/a "El Tigre", Roque VALDEZ, and Mohamed CAMBEROS

a/k/a "Pedrito")) and Counts IV and V (with respect to Omar MORALES COLON) of this

Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any

property constituting or derived from proceeds obtained, directly or indirectly, as a result of said

violation(s), and any property used, or intended to be used, in any manner or part to commit, or

to facilitate the commission of, said violation, including, but not limited to: (1) approximately

$382,000 in cash seized on or about May 6, 2017; (2) a white Dodge Ram pickup truck with

Colorado license plate number ILQ847, registered to Roque VALDEZ; (3) a Bronze Ford F-450

pickup registered to Omar Morales COLON; (4) the property located at 4010 Kirkwood St.

Georges Road, Bear, Delaware; (5) approximately $10,500 found inside 4010 Kirkwood St.

Georges Road, Bear, Delaware on or about May 6 and 9, 2017; (6) the property located at 614

Rogers Avenue, Aston, Pennsylvania; (7) approximately $355,900 found inside a Ford Explorer

in the garage of 614 Rogers Avenue in Aston, Pennsylvania on or about May 8, 2017; (8) a Ford

Explorer seized from the garage of 614 Rogers Avenue in Aston, Pennsylvania on or about May

8, 2017; (9) the property located at 916 Marshall Street, Wilmington, Delaware; and (10) approximately $167,000 found on or about May 10, 2017, inside a storage unit rented by N.M.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

### NOTICE OF FORFEITURE- Counts II and III

Upon conviction for the controlled substance offense alleged in Counts II and III of this Indictment, the defendants, Omar MORALES COLON a/k/a "El Tigre," Roque VALDEZ and Mohamed AVILES CAMBEROS a/k/a "Pedrito," shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violation, including but not limited to: (1) approximately $382,000 in cash seized on or about May 6, 2017; (2) a white Dodge Ram pickup truck with Colorado license plate number ILQ847, registered to Roque VALDEZ; (3) a Bronze Ford F-450 pickup registered to Omar Morales COLON; and (4) the property located at 916 Marshall Street, Wilmington, Delaware.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(f) cannot be located upon the exercise of due diligence;

(g) has been transferred or sold to, or deposited with, a third party;

(h) has been placed beyond the jurisdiction of the court;

(i) has been substantially diminished in value; or

(j) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

DAVID C. WEISS
ACTING UNITED STATES ATTORNEY

_____
By:    Jennifer K. Welsh
       Whitney Cloud
       Assistant United States Attorneys

Dated: June 6, 2017