‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

20180517-0023546
Pages: 5    F: $101.00
05/17/18 03:32:07 PM
T20180017394
Michael E. Kozikowski
New Castle Recorder   MISC

Tax Parcel Number: **26-026.20-127**

Prepared By and Return To:
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No.  17-47-GMS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | ZEMI PROPERTY MANAGEMENT, INC. |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action,

by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C.

Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant

United States Attorney for the District of Delaware against the Defendants by Superseding Indictment

filed May 1, 2018, seeking the forfeiture of the Defendant's interest in the real property listed herein, to

the United States pursuant to 18 U.S.C. § 982 and 31 U.S.C. § 5317(c)(1).  The real property that is the

subject of the action is commonly known as **507 North Lincoln Street, Wilmington, New Castle**

**County, Delaware** and more particularly described as follows:

**PARCEL 1**

Description of property situate in the City of Wilmington, New Castle
County, State of Delaware, known as **507 North Lincoln Street**, and being
recently shown on a Mortgage Survey Plan, prepared by The Pelsa

Company, dated December 5, 2014. The said Parcel being more particularly bounded and described as follows to wit:

Beginning at a point on the Northwesterly side of North Lincoln Street, at 60 feet wide, a common corner for the property herein being described and 505 North Lincoln Street, said point being further located, North 33 degrees 32 minutes 25 seconds East, 51.75 feet along the Northwesterly side of North Lincoln Street from its intersection with the Northeasterly side of 5th Street, at 54.00 feet wide;

Thence from said point and place of Beginning, leaving the Northwesterly side of North Lincoln Street, along a division line of 505 North Lincoln Street, passing through a common party wall, North 56 degrees 27 minutes 35 seconds West, 77.00 feet to a corner for the same on the Southeasterly side of a 3 foot wide Alley that connects with an 8 foot wide Alley lying to the Northeast and opening into Lincoln Street;

Thence along the Southeasterly side of said 3 foot wide Alley, North 33 degrees 32 minutes 25 seconds East, 16.25 feet to the intersection formed by the Southeasterly side of said 3 foot wide Alley and the Southwesterly side of said 8 foot wide Alley;

Thence along the Southwesterly side of said 8 foot wide Alley and the Northeasterly face of the Gable wall for the dwelling hereon, South 56 degrees 27 minutes 35 seconds East, 77.00 feet to a corner for the said 8 foot wide Alley on the Northwesterly side of North Lincoln Street;

Thence thereby, South 33 degrees 32 minutes 25 seconds West, 16.25 feet to the point and place of beginning.

Containing within said described metes and bounds 1,251 square feet of land, be the same more or less.

Together with the use of the above mentioned Alleys in common with others.

Subject to any and all applicable easements, covenants, restrictions, rights of ways, and agreements of Record in the Office of the Recorder of Deeds in and for New Castle County and the State of Delaware.

TOGETHER WITH the right use, and privilege of a said alley in common with those entitled thereto forever, and subject to a proportionate share of the costs of keeping said alley in good maintenance and order.

## PARCEL 2

All that certain piece, parcel, lot or tract of land situated in City of Wilmington, New Castle County and State of Delaware, on westerly side of North Lincoln Street, also being part of **Tax Parcel No. 26-026 20-123**, being an 8.5 foot wide alley designated 'Proposed Parcel B' as shown on a Record Minor Subdivision titled, "Emi Property Management Inc. and John Andrew Demidio" as said plan is of record in the Office of the Recorder of Deeds in and for New Castle County, Delaware in Instrument Number 20160926-0048583 and being more particularly bounded and described as follows to wit:

Beginning at a point on the Northwesterly side of North Lincoln Street, at 60 feet wide, a common corner for the herein described parcel and lands now or formerly Zemi Property Management, Inc. said point being further described from the point of intersection of said Northwesterly side of North Lincoln Street with the Northeasterly side of 5th Street at 54 feet wide, North 33 Degrees 32 Minutes 25 Seconds East a distance of 67.63 feet to the point of Beginning; thence from said point of Beginning, along lands now or formerly Zemi Property Management, Inc. and along the Northerly face of a building in part, North 56 Degrees 27 Minutes 35 Seconds West a distance of 77.00 feet to a corner for lands now or formerly John Andrew Dimedio on the Southeasterly side of another alley, at 3 foot wide; thence by the property line established by said Record Minor Subdivision Plan and along the Southeasterly side of said 3 foot wide alley, North 33 Degrees 32 Minutes 25 Seconds East a distance of 8.88 feet to a corner for lands now or formerly Michael
J. Serth and Helea S. Serth; thence leaving said 3 foot wide alley on a common line with said Serth lands and along the Southerly face of a building, in part, South 56 Degrees 27 Minutes 35 Seconds East a distance of 77.00 feet to a point on the said Southeasterly side of North Lincoln Street; thence thereby South 33 Degrees 32 Minutes 25 Seconds West a distance of 8.88 feet to the point and place of Beginning.

Containing within said metes and bounds an area of 683 ± square feet of land.

The record owner of the defendant realty is Zemi Property Management, Inc. by virtue of that certain warranty deed, recorded in the public records of New Castle County, Delaware on December 22, 2014 and October 25, 2016, in Instrument #s 20141222-0057588 and 20161025-0054631.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: _____
Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

DATED this 14th day of May, 2018

The foregoing instrument was acknowledged before me this 14th day of May, 2018.

_____
NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 16, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

                     Plaintiff,

      v.

OMAR MORALES COLON a/k/a "El Tigre,"
SHAKIRA MARTINEZ, and
ZEMI PROPERTY MANAGEMENT, INC.

                 Defendants.

:
:
:
:
:
:
:
:
:
:
:

Criminal Action No. 17-47-GMS

TITLE HELD IN THE NAME OF:
ZEMI PROPERTY MANAGEMENT, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens

on the property commonly known as **507 N. Lincoln Street, Wilmington, Delaware**, was sent via

United States regular mail on this 14th day of May, 2018, to the following:

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Matt Longo, Esquire
Law Offices of Longo &
Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Stefania I. Roca, DCP
FSA Paralegal III/Contractor