Tax Parcel Number: **26-042.30-212**
**26-042.30-214**
**26-049.10-012**



**20180517-0023547**
Pages: 4    F: $88.00
05/17/18 03:32:20 PM
**T20180017394**
**Michael E. Kozikowski**
**New Castle Recorder   MISC**

Prepared By and Return To:
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-GMS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | ZEMI PROPERTY MANAGEMENT, INC. |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C. Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for the District of Delaware, against the Defendants by Superseding Indictment filed May 1, 2018, seeking the forfeiture of the Defendant's interest in the real property listed herein, to the United States pursuant to 21 U.S.C. § 853 and 31 U.S.C. § 5317(c)(1). The real property that is the subject of the action is commonly known is as follows:

#### PARCEL ONE: 914 Marshall Street (Tax Parcel Number: 26-042.30-212)

ALL that certain piece, parcel or lot of land situate in the City of Wilmington, New Castle County and State of Delaware, being known as No. 914 Marshall Street, and

being more particularly bounded and described, as follows, to-wit:

BEGINNING at a point in the Southeasterly side of Marshall Street (at 40 feet wide), said point of Beginning being distant 109.00 feet measured in a Northeasterly direction along the said Southeasterly side of Marshall Street from the point of intersection thereof with the Northeasterly side of Cedar Street (at 50 feet wide) Thence from said point of Beginning in a Northeasterly direction along the aforementioned Southeasterly side of Marshall Street, 16.00 feet to a point; Thence in a Southeasterly direction parallel to Cedar Street and passing through the part wall between the dwelling on this lot and the dwelling adjoining on the Northeast, 59.10 feet to a point; Thence Southwesterly parallel to Marshall Street, 16.00 feet to a point; Thence Northwesterly parallel to Cedar Street and passing through the party wall between the dwelling on this lot and the dwelling adjoining on the Southwest, 59.10 feet to the place of Beginning. Be the contents thereof what they may.

### PARCEL THREE: 920 Marshall Street (Tax Parcel Number: 26-042.30-214)

ALL that certain piece or parcel of land situate in the City of Wilmington, New Castle County and State of Delaware, being 920 Marshall Street, and being more particularly bounded and described, as follows to-wit:

BEGINNING at a point on the southerly side of Marshall Street, at 40' wide, the said point being north 64 degrees, 15 minutes, 00 seconds East, 39.00 feet from the easterly side of Cedar Street, at 50 feet wide, with the said side of Cedar Street, at 50 feet wide, with the said side of Marshall Street; thence from the said point of Beginning north 64 degrees, 15 minutes 00 seconds east, 36.00 feet to a point; thence south 25 degrees, 58 minutes, 00 seconds east, 60.00 feet to a point; thence south 64 degrees, 15 minutes, 00 seconds west, 36.00 feet to a point; thence north 25 degrees, 58 minutes, 00 seconds west 60.00 feet to the point and place of Beginning. Be the contents thereof what they may.

### PARCEL FOUR: 917 Brown Street (Tax Parcel Number: 26-049.10-012)

ALL that certain piece, parcel or tract of land situate in the City of Wilmington, New Castle County and State of Delaware, being known as part of No. 919 and ALL of 917 Brown Street, and being more particularly bounded and described in accordance with a survey prepared by Ramesh C. Batta Associates, Consulting Engineers and Land Surveyors, dated January 28, 1980, as follows, to-wit:

BEGINNING at a point in the northwesterly side of Brown Street at 50 feet wide, said point of Beginning being distant northwesterly 52.0 feet measured along the northeasterly side of Brown Street from the point of intersection thereof with the southeasterly side of Cedar Street, at 50.0 feet wide; thence from the said point of Beginning in a northwesterly direction parallel in Cedar Street 62.0 feet to a point; thence in a northeasterly direction parallel to Brown Street 23.0 feet to a point; thence in a northwesterly direction parallel to Cedar Street 15.25 feet to a point; thence in a northeasterly direction parallel to Brown

Street 34.0 feet to a point; thence in a northeasterly direction parallel to Cedar Street 14.35 feet to a point; thence in a northeasterly direction parallel to Brown Street 16.0 feet to a point; thence southwesterly parallel to Cedar Street 62.9 feet to a point in the northeasterly right-of-way line of Brown Street in a southwesterly direction 73.0 feet to the place of Beginning. Be the contents thereof what they may.

The record owner of the defendant realty is Zemi Property Management, Inc. by virtue of that certain warranty deed, recorded in the public records of New Castle County, Delaware on January 10, 2017 in Instrument # 20170110-0001672.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: _____
Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

DATED this 14th day of May, 2018

The foregoing instrument was acknowledged before me this 14th day of May, 2018.

_____
NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 15, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-GMS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | ZEMI PROPERTY MANAGEMENT, INC. |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens

on the property commonly known as **914 and 920 Marshall Street and 917 Brown Street,**

**Wilmington, Delaware**, was sent via United States regular mail on this 14th day of May, 2018, to the

following:

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Matt Longo, Esquire
Law Offices of Longo &
Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Stefania I. Roca, DCP
FSA Paralegal III/Contractor