20180517-0023545
Pages: 3    F: $75.00
05/17/18 03:31:48 PM
T20180017394
Michael E. Kozikowski
New Castle Recorder  MISC

Tax Parcel Number: **1003300050**

Prepared By and Return To:
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No.  17-47-GMS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | KARINA COLON |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

## <u>NOTICE OF LIS PENDENS</u>

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C. Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for the District of Delaware against the Defendants by Superseding Indictment filed May 1, 2018, seeking the forfeiture of the Defendant's interest in the real property listed herein, to the United States pursuant to 18 U.S.C. § 982 and 31 U.S.C. § 5317(c)(1).  The real property that is the subject of the action is commonly known as **0 Smalleys Dam Road, Newark, New Castle County, Delaware** and more particularly described as follows:

> ALL that certain piece, parcel or tract of land with the buildings thereon erected, situate in New Castle Hundred, New Castle County, State of Delaware, being Parcel No. 3, on the Record Minor Subdivision Plan prepared for lands of John L. & Eleanore F. Marvel and John & Denise Marvel, as recorded in the Office of the Recorder of Deeds in and for New Castle County, in Microfilm No. 4735 and being more particularly bounded and described in accordance with a recent survey by East Coast Professional Land Surveyors, dated July 17, 2002, as follows, to wit,

Beginning at a common corner for Parcels Nos. 1, 2 and 3, on the above referenced Plan, said point being located the following two (2) courses and distances form the intersection of the Northeasterly side of Smalley's Dam Road, at 50.00 feet wide; and Delaware Route 7, 1) along the Northeasterly side of Smalley's Dam Road, Northerly 3540.03 +/- feet to a point; 2) along lands now or formerly of John L. Marvel and Eleanor F. Marvel and along Parcel No. 1, North 65 degrees, 36 minutes, 00 seconds East, 427.75 feet to the place of beginning; thence from said place of beginning along Parcel No. 1, North 21 degrees, 27 minutes, 30 seconds East, 160.00 feet to a point in line of lands, now or formerly of Carl C. Ranck; thence thereby, North 65 degrees, 36 minutes, 00 seconds East, 253.75 feet to a point in line of lands now of formerly of Joseph C. and Louise Marousek; thence thereby, South 21 degrees, 27 minutes, 30 seconds East, 160.00 feet to a point; thence along Parcel No. 2, partly along the centerline of a 20.00 foot wide easement for the ingress and egress, South 65 degrees, 36 minutes, 00 seconds West, 253.75 feet to the point and place of beginning.

The record owner of the defendant realty is Karina Colon by virtue of that certain warranty deed, recorded in the public records of New Castle County, Delaware on November 12, 2015 in Instrument # 20151112-0058457.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

<div style="margin-left:40%">

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: _____
Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

</div>

DATED this 14th day of May, 2018

The foregoing instrument was acknowledged before me this 14th day of May, 2018.

NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 15, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-GMS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | KARINA COLON |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens on the property commonly known as **0 Smalleys Dam Road, Newark, Delaware**, was sent via United States regular mail on this 14th day of May, 2018, to the following:

Karina Colon
241 ½ Smalleys Dam Road
Newark, DE 19702

Karina Colon
4010 Kirkwood St. Georges Road
Bear, DE 19701

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Matt Longo, Esquire
Law Offices of Longo & Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Stefania I. Roca, DCP
FSA Paralegal III/Contractor