Tax Parcel Number: **1003300047**



**20180517-0023544**
Pages: 4    F: $88.00
05/17/18 03:31:37 PM
T20180017394
Michael E. Kozikowski
New Castle Recorder    MISC

Prepared By and Return To:
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No.  17-47-GMS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | KARINA COLON |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

### <u>NOTICE OF LIS PENDENS</u>

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C. Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for the District of Delaware against the Defendants by Superseding Indictment filed May 1, 2018, seeking the forfeiture of the Defendant's interest in the real property listed herein, to the United States pursuant to 18 U.S.C. § 982. The real property that is the subject of the action is commonly known as **241 ½ Smalleys Dam Road, Newark, New Castle County, Delaware** and more particularly described as follows:

> ALL that certain lot, piece, or parcel of land, situate in New Castle Hundred, New Castle County and State of Delaware, located on the East side of Pump House (Smalley's Dam) Road, being known as Parcel 1 on a minor subdivision plan of Mary Jeandell, as said plan is of record in the Office of

the Recorder of Deeds, in and for New Castle County and State of Delaware, on Microfilm Record No. 4472, and being more particularly bounded and described in accordance with a recent survey prepared by The Pelsa Company, Professional Land Surveyors, dated August 13, 1990, as follows, to wit:

BEGINNING for the same at an iron pipe found at the common corner for the land herein described and the land conveyed to Nick H. Crist and wife, said point being on the common line for the lands herein described and the land conveyed to Carl C. Ranck, and finally said point being located North 65 degrees 36 minutes 00 seconds East, 200.00 feet from the eastern right of way line of Pump House (Smalley's Dam) Road, 30.00 feet wide; thence, with and binding on the common line of the said Carl C. Ranck: (1) North 65 degrees 36 minutes 00 seconds East, 272.25 feet to an iron pipe now set; thence, leaving common line of the said Carl C. Ranck, by a new line of subdivision through the lands conveyed to Mary Jeandell, the following two courses: (2) South 21 degrees 27 minutes 30 seconds East, 160.00 feet to an iron pipe now set, thence (3) South 65 degrees 36 minutes 100 seconds West, 272.25 feet to an iron pipe now set, at a common corner for the land herein described and the land conveyed to John L. Marvel and wife, thence with and binding on the common line of the said John L. Marvel and wife, in part, and the common line of the said Nick H. Crist and wife, in part (4) North 21 degrees 27 minutes 30 seconds West, 160.00 feet to the point and beginning. Containing 1.00 acre of land, more or less, be the contents thereof what they may. BEING No. 241 1/2 Smalleys Dam Road.

TOGETHER with use of 2,000 foot strip for ingress and egress to the land described herein and being more particularly described as follows, to wit: BEGINNING for the same at an iron pipe at the end of the third or South 65 degrees 36 minutes 00 seconds West 272.25 feet, line of the described contained hereinabove and running thence (1) North 65 degrees 36 minutes 00 seconds East, 50.00 feet to a point; thence (2) South 21 degrees 27 minutes 30 seconds East, 20.00 feet to a point; thence (3) South 65 degrees 36 minutes 00 seconds West, 250.00 feet to a point on the eastern right of way line of Pump House (Smalley's Dam) Road; (4) North 21 degrees 27 minutes 30 seconds West, 20.00 feet to a point; thence (5) North 65 degrees 36 minutes 00 seconds East, 200.00 feet to the point and place of BEGINNING. The improvements thereon being commonly known as 241 1/2 Smalley's Dam Road, Newark, DE 19702.

The record owner of the defendant realty is Karina Colon by virtue of that certain warranty deed, recorded in the public records of New Castle County, Delaware on March 17, 2016 in Instrument # 20160317-0012432.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: _____
Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

DATED this 14th day of May, 2018

The foregoing instrument was acknowledged before me this 14th day of May, 2018.

_____
NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 15, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :
:
                Plaintiff,  :     Criminal Action No. 17-47-GMS
v.  :
:     TITLE HELD IN THE NAME OF:
OMAR MORALES COLON a/k/a "El Tigre,"  :     KARINA COLON
SHAKIRA MARTINEZ, and  :
ZEMI PROPERTY MANAGEMENT, INC.  :
:
              Defendants.  :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens

on the property commonly known as **241 ½ Smalleys Dam Road, Newark, Delaware**, was sent via

United States regular mail on this 14th day of May, 2018, to the following:

Karina Colon
241 ½ Smalleys Dam Road
Newark, DE 19702

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Karina Colon
4010 Kirkwood St. Georges Road
Bear, DE 19701

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

Matt Longo, Esquire
Law Offices of Longo & Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Stefania I. Roca, DCP
FSA Paralegal III/Contractor