

20180828-0043813
Pages: 4    F: $88.00
08/28/18 01:43:33 PM
T20180030579
Michael E. Kozikowski
New Castle Recorder   MISC

Tax Parcel Number: **10-010.40-016**

Prepared By and Return To:
Jennifer K. Welsh
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-LPS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | MYRNA ENID DELGADO |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

## <u>NOTICE OF LIS PENDENS</u>

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action,

by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C.

Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant

United States Attorney for the District of Delaware, against the Defendants by Second Superseding

Indictment filed August 7, 2018, seeking the forfeiture of the Defendant's interest in the real property

listed herein, to the United States pursuant to 18 U.S.C. § 982. The real property that is the subject of the

action is commonly known as **17 Memorial Drive, New Castle, New Castle County, Delaware** and

more particularly described as follows:

**DESCRIPTION**, for all that certain lot, parcel, or piece of land known as 17 Memorial Drive, being Lot 16, Block 10, as shown on a final street and lot plan for **GARFIELD PARK**, Section 2, recorded in and for New Castle County, in microfilm no. 275, situated in New Castle Hundred, New Castle County, the State of Delaware, being more particularly located and ascertained in the following metes and bounds description, as of a plan and survey by the PELSA COMPANY, Inc. Land Consultants and Surveyors, in accordance with the said record plan, thus, bounded and described, to wit:

**BEGINNING** at a point and place situate on the northeasterly side of Memorial Drive (80.00 feet wide) being the following three (3) courses and distances from the intersection of the northeasterly side of Memorial Drive with the southwesterly side of New Castle Avenue: 1) North 69 degrees 40 minutes 32 seconds West, 46.71 feet to a point of curvature, 2) along a curve turning to the right having a radius of 200.00 feet, an arc length of 74.51 feet to a point, 3) north 48 degrees 19 minutes 58 seconds West, 471.65 feet to a common corner for this lot and Lot 17, thus, the said point and place of Beginning;

**THENCE**, Commencing from the said point of Beginning and continuing along the said northeasterly side of Memorial Drive, North 48 degrees 19 minutes 58 seconds West, 68.00 feet to a point;

**BEING** the same lands and premises which were conveyed by Sheriff's Deed recorded in the Office of the Recorder of Deeds in and for New Castle County, Delaware on November 18, 2009 as instrument number 20091118-0073578.

**TOGETHER** with all and singular the buildings and improvements of every kind whatsoever, ways, waters, water courses, rights, liberties, privileges, hereditaments, and appurtenances, whatsoever, thereunto belonging or in any wise appertaining.

The record owner of the defendant realty is Myrna Enid Delgado by virtue of that certain warranty deed, recorded in the public records of New Castle County, Delaware on September 23, 2010 in Instrument # 20100923-0050165.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: *Whitney C. Cloud*

Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

DATED this 23rd day of August, 2018

The foregoing instrument was acknowledged before me this 23rd day of August, 2018.

*Renee A. Austin*

NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 16, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :
                                    :
                  Plaintiff,        :      Criminal Action No. 17-47-LPS
          v.                        :
                                    :      TITLE HELD IN THE NAME OF:
OMAR MORALES COLON a/k/a "El Tigre,"  :    MYRNA ENID DELGADO
SHAKIRA MARTINEZ, and               :
ZEMI PROPERTY MANAGEMENT, INC.      :
                                    :
                  Defendants.       :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens

on the property commonly known as **17 Memorial Drive, New Castle, Delaware**, was sent via United

States regular mail on this 23ʳᵈ day of August, 2018, to the following:

Myrna Enid Delgado
17 Memorial Drive
New Castle, DE 19720

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Matt Longo, Esquire
Law Offices of Longo & Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Stefania I. Roca, DCP
FSA Paralegal III/Contractor