

**20180828-0043816**
Pages: 4   F: $88.00
08/28/18 01:44:18 PM
T20180030579
Michael E. Kozikowski
New Castle Recorder   MISC

Tax Parcel Number: **26-028.30-071**

Prepared By and Return To:
Jennifer K. Welsh
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-LPS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | ERNEST WILLIAM HILL |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C. Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for the District of Delaware, against the Defendants by Second Superseding Indictment filed August 7, 2018, seeking the forfeiture of the Defendant's interest in the real property listed herein, to the United States pursuant to 18 U.S.C. § 982. The real property that is the subject of the action is commonly known as **822 West Ninth Street, Wilmington, New Castle County, Delaware** and more particularly described as follows:

**Description,** for all that certain piece, parcel, lot, or tract of land known as **822 West Ninth Street,** being **Lot 3, Block 324,** situated in the City of Wilmington, New Castle County, the State of Delaware, and being described in the following metes and bounds description by the PELSA COMPANY, INC., Land Consultants and Surveyors.

**Beginning** at a point situated on the southwesterly side of West Ninth Street (49.00 feet wide) said point being a common corner for this lot herein described and Lot 2, known as 824 West Ninth Street, being further located from the intersection of the said southwesterly side of West Ninth Street with the southeasterly side of North Adams Street (65.00 feet wide), South 49 degrees 14 minutes 30 seconds East, 56.00 feet to the point and place of Beginning;

Thence, **Commencing** from the said point of Beginning continuing along the southwesterly side of West Ninth Street, South 49 degrees 14 minutes 30 seconds East, 30.00 feet to a common corner for Lot 3 and Lot 4, known as 820 West Ninth Street;

Thence, along the common division line for Lot 3 and Lot 4, passing through the centerline of a party wall, South 40 degrees 40 minutes 00 seconds West, 66.00 feet to a point in line for lands known as 826 North Adams Street;

Thence, along the dividing line for 826 North Adams Street, North 49 degrees 14 minutes 30 seconds West, 30.00 feet to a common corner for Lot 2, known as 824 West Ninth Street;

Thence, along the said division line, North 40 degrees 40 minutes 00 seconds East, 66.00 feet to a point on the aforesaid southwesterly side of West Ninth Street and the first mentioned point and place of Beginning.

The **Area** contained herein being **0.045** acres of land, be they the same, more or less.

The record owner of the defendant realty is Ernest William Hill by virtue of that certain warranty deed, recorded in the public records of New Castle County, Delaware on September 8, 2011 in Instrument # 20110908-0055751.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: _____

Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

DATED this 23rd day of August, 2018

The foregoing instrument was acknowledged before me this 2nd day of August, 2018.

_____
NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 15, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
                Plaintiff,         :        Criminal Action No. 17-47-LPS
        v.                         :
                                   :
                                   :        TITLE HELD IN THE NAME OF:
OMAR MORALES COLON a/k/a "El Tigre," :      ERNEST WILLIAM HILL
SHAKIRA MARTINEZ, and              :
ZEMI PROPERTY MANAGEMENT, INC.     :
                                   :
                Defendants.        :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens

on the property commonly known as **822 West Ninth Street, Wilmington, Delaware**, was sent via

United States regular mail on this 23rd day of August, 2018, to the following:

Ernest William Hill
822 West Ninth Street
Wilmington, DE 19801

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Matt Longo, Esquire
Law Offices of Longo & Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Stefania I. Roca, DCP
FSA Paralegal III/Contractor