

20180828-0043814
Pages: 4    F: $88.00
08/28/18 01:43:46 PM
T20180030579
Michael E. Kozikowski
New Castle Recorder  MISC

Tax Parcel Number: **10-015.30-219**

Prepared By and Return To:
Jennifer K. Welsh
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-LPS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | CARMEN G. MEJIAS |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action, by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C. Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for the District of Delaware, against the Defendants by Second Superseding Indictment filed August 7, 2018, seeking the forfeiture of the Defendant's interest in the real property listed herein, to the United States pursuant to 18 U.S.C. § 982. The real property that is the subject of the action is commonly known as **14 Chelwynne Road, New Castle, New Castle County, Delaware** and more particularly described as follows:

**Description,** for all that certain lot, parcel, or piece of land known as **14 Chelwynne Road,** being **Lot No. 24, Block O,** as shown on a final plat of **CASTLE HILLS, Part of Section Four,** recorded in and for New Castle County, the State of Delaware, being more particularly located and ascertained in the following metes and bounds description, as of a plan and survey by the PELSA COMPANY, Inc., Land Consultants and Surveyors, in accordance with the said record plan, thus bounded and described, to wit:

**Beginning** at a point and place situate on the northeasterly side of Chelwynne Road (50.00 feet wide) said point being a common corner for this lot and Lot 23, and further located the following two (2) courses and distances from the southeasterly end of a 25.00 foot radius junction curve joining at its northwesterly end with the easterly side of Midfield Road (60.00 feet wide): 1) along a curve turning to the right, having a radius of 447.33 feet, by a delta of 20 degrees 22 minutes 19 seconds, an arc length of 159.05 feet to a point, 2) South 55 degrees 00 minutes 00 seconds East, 220.94 feet to the said point and place of Beginning;

Thence, **Commencing** from the said point of Beginning, turning and running along Lot 23, crossing a 5 foot wide utility reservation, North 35 degrees 00 minutes 00 seconds East, 110.00 feet to a point on the northeasterly side of said reservation;

Thence, along said reservation, South 55 degrees 00 minutes 00 seconds East, 60.00 feet to a common corner for this lot and Lot 25;

Thence, along said lot, re-crossing said 5 foot wide utility reservation, South 35 degrees 00 minutes 00 seconds West, 110.00 feet to a point on the aforesaid northeasterly side of Chelwynne Road;

Thence, along said road, North 55 degrees 00 minutes 00 seconds West, 60.00 feet to the first mentioned point and place of Beginning.

The **Area** contained herein being **0.152** acres of land, be they the same, more or less.

The record owner of the defendant realty is Carmen G. Mejias by virtue of that certain warranty deed, recorded in the public records of New Castle County, Delaware on December 16, 2010 in Instrument # 20101216-0068559.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: _____
Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

DATED this 23rd day of August, 2018

The foregoing instrument was acknowledged before me this 23rd day of August, 2018.

_____
NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 16, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-LPS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | CARMEN G. MEJIAS |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens

on the property commonly known as **14 Chelwynne Road, New Castle, Delaware**, was sent via United

States regular mail on this 23rd day of August, 2018, to the following:

Carmen G. Mejias
14 Chelwynne Road
New Castle, DE 19720

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Matt Longo, Esquire
Law Offices of Longo & Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Stefania I. Roca, DCP
FSA Paralegal III/Contractor