

20180828-0043815
Pages: 4    F: $88.00
08/28/18 01:43:58 PM
T20180030579
Michael E. Kozikowski
New Castle Recorder   MISC

Tax Parcel Number: **07-038.30-140**

Prepared By and Return To:
Jennifer K. Welsh
Whitney C. Cloud
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-LPS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | CARLOS ALMONTE |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF LIS PENDENS

Notice is hereby given of the commencement and pendency of the above entitled Criminal Action,
by and through David C. Weiss, United States Attorney for the District of Delaware, and Whitney C.
Cloud, Assistant United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant
United States Attorney for the District of Delaware, against the Defendants by Second Superseding
Indictment filed August 7, 2018, seeking the forfeiture of the Defendant's interest in the real property
listed herein, to the United States pursuant to 18 U.S.C. § 982. The real property that is the subject of the
action is commonly known as **2000 Linkwood Avenue, Wilmington, New Castle County, Delaware**
and more particularly described as follows:

ALL that certain lots, pieces or parcels of land hereby described as one, with the dwelling thereon erected, situate in Christiana Hundred, New Castle County, State of Delaware, and known on the Plan of Brak-Ex as parts of lots Nos. 1, 2, 3 and 4, Section U, as said Plan is of record in the Office of the Recorder of Deeds, in and for New Castle County, Delaware, in Deed Record M, Volume 24, Page 601, also known as 2000 Linkwood Street, being more particularly bounded and described in accordance with a survey prepared by A.E.S. Surveyors dated June, 2, 2003, as follows to wit:

BEGINNING at a point formed by the intersection of the Southerly side of Linkwood Street, at 50.00 feet wide, with the Westerly Side of Brookside Avenue, at 50.00 feet wide, thence Southerly along said Westerly side of Brookside Avenue, 100.00 feet to a point, said point being a corner for Lots Nos. 4 and 5, Section U thence, Westerly along the division line for Lots Nos. 4 and 5, and parallel with Linkwood Street, 65.00 feet to a point, thence Northerly crossing Lots Nos. 1, 2, 3, and 4, Section U, and parallel with Brookside Avenue, 100.00 feet to a point in the Southerly side of Linkwood Street, aforesaid, thence, Easterly along the Southerly side of Linkwood Street, 65.00 feet to the point and place of beginning. Be the contents thereof what they may.

The record owner of the defendant realty is Carlos Almonte by virtue of that certain warranty deed,

recorded in the public records of New Castle County, Delaware on May 5, 2015 in Instrument # 20150505-0021006.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court in Wilmington, Delaware.

Respectfully Submitted,

DAVID C. WEISS
United States Attorney

BY: Whitney C. Cloud
Assistant United States Attorney

Jennifer K. Welsh
Assistant United States Attorney

DATED this 23rd day of August, 2018

The foregoing instrument was acknowledged before me this 23rd day of August, 2018.

NOTARY PUBLIC

RENEE A. AUSTIN
Notary Public
State of Delaware
My Commission Expires On
December 16, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 17-47-LPS |
| v. | : | |
| | : | TITLE HELD IN THE NAME OF: |
| OMAR MORALES COLON a/k/a "El Tigre," | : | CARLOS ALMONTE |
| SHAKIRA MARTINEZ, and | : | |
| ZEMI PROPERTY MANAGEMENT, INC. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Lis Pendens

on the property commonly known as **2000 Linkwood Avenue, Wilmington, Delaware**, was sent via

United States regular mail on this 23rd day of August, 2018, to the following:

Carlos Almonte
2000 Linkwood Avenue
Wilmington, DE 19805

Luis A. Ortiz, Esquire
Law Office of Luis Ortiz
121 S. Broad Street, 18th Floor
Philadelphia, PA 19107

John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801

Zemi Property Management, Inc.
P.O. Box 30072
Wilmington, DE 19805

Omar Colon, 08929-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Shakira Martinez
4010 Kirkwood St. Georges Road
Bear, DE 19701

Zemi Property Management, Inc.
1112 5th Street
Wilmington, DE 19805

Matt Longo, Esquire
Law Offices of Longo & Associates
56 W. Main Street, Suite 101
New Castle, DE 19702

Stefania I. Roca, DCP
FSA Paralegal III/Contractor