## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Crim. No. 17-47-LPS-1 |
| OMAR MORALES COLON, | : | |
| Defendant. | : | |

## ORDER

At Wilmington, this **3rd** day of **May, 2021**:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that:

1.     Ms. Cinquanto's motion to withdraw as counsel (D.I. 346) is **GRANTED**.

2.     The Clerk of Court is directed to appoint new counsel for Defendant.

3.     The May 14 deadline for filing the next joint status report (D.I. 359) is RESCHEDULED and such report is now due no later than 14 days after new counsel is appointed. In such report, the parties shall include their position(s) on the length and timing of trial to be held on Counts 1-4 of the Second Superseding Indictment.

4.     Because the Memorandum Opinion was issued under seal, counsel for the government and Ms. Cinquanto shall meet and confer and, no later than May 5, advise the Court of any proposed redactions to it. Thereafter, the Court will issue a public version of the Memorandum Opinion.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE