**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 17-CR-47-1(LPS) |
| | : | |
| OMAR MORALES COLON, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

1. As to Count One, charging the defendant with conspiracy to distribute five kilograms or more of a mixture and substance containing a detectible amount of cocaine, we the jury find the defendant


   _____ Not Guilty                    _____ Guilty


2. As to Count Two, charging the defendant with attempted possession with intent to distribute five kilograms or more of a mixture and substance containing a detectible amount of cocaine, we the jury find the defendant


   _____ Not Guilty                    _____ Guilty


1

3.  As to a lesser included offense of Count Three, charging the defendant with manufacture of one or more marijuana plants, we the jury find the defendant

_____ Not Guilty                              _____ Guilty

4.  As to Count Four, charging the defendant with possession with intent to distribute a mixture and substance containing a detectible amount of marijuana, we the jury find the defendant

_____ Not Guilty                              _____ Guilty

| | |
|---|---|
| _____ | _____ |
| Jury Foreman | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |
| _____ | _____ |
| Juror | Juror |

Dated: _____, 2021