IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

          v.                      :          Criminal Action No. 17-CR-47-1(LPS)

OMAR MORALES COLON,               :

                    Defendant.    :

## SPECIAL VERDICT FORM

We, the Jury, return the following Special Verdict as to the defendant Omar Morales

Colon's interest in each item of property alleged in Counts One and Four of the Second

Superseding Indictment to be subject to forfeiture by the defendant to the United States:

1.  The property located at 614 Rogers Avenue, Aston, Pennsylvania.

Do you unanimously find by a preponderance of the evidence that this property is subject to

forfeiture?

          YES _____

          NO ___✓_____

2.  A bronze Ford F-450 pickup truck registered to Omar Morales Colon.

Do you unanimously find by a preponderance of the evidence that this property is subject to

forfeiture?

YES ___✓___

NO _____

3. The property located at 916 Marshall Street, Wilmington, Delaware.

Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

YES _____

NO ___✓___

4. The property located at 4010 Kirkwood St. Georges Road, Bear, Delaware.

Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

YES _____

NO _____

5. $2,313 found inside 4010 Kirkwood St. Georges Road, Bear, Delaware on or about May 6 and 9, 2017.

2

Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

YES _____

NO ____✓_____

This ___28___ day of September, 2021.

REDACTED