# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,   :

  v.          :   Criminal Action
            :   No. 17-CR-47 (SB)

OMAR MORALES COLON and  :
SHAKIRA MARTINEZ,    :

            :

     Defendants.  :

            :

## JURY VERDICT FORM

As to Count V, charging the Defendants with Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), we find:

As to defendant Omar Morales Colon:

  __✓__ GUILTY      _____ NOT GUILTY

As to defendant Shakira Martinez:

  __✓__ GUILTY      _____ NOT GUILTY

As to Count VI, charging the Defendants with Concealment Money Laundering on or about October 7, 2014, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), we find:

As to defendant Omar Morales Colon:

_____✓_____ GUILTY                    _____ NOT GUILTY

As to defendant Shakira Martinez:

_____✓_____ GUILTY                    _____ NOT GUILTY


As to Count VII, charging the Defendants with Concealment Money Laundering on or about October 13, 2014, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), we find:

As to defendant Omar Morales Colon:

_____✓_____ GUILTY                    _____ NOT GUILTY

As to defendant Shakira Martinez:

_____✓_____ GUILTY                    _____ NOT GUILTY

As to Count VIII, charging the Defendants with Concealment Money Laundering on or about October 13, 2014, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), we find:

As to defendant Omar Morales Colon:

✓ GUILTY         _____ NOT GUILTY

As to defendant Shakira Martinez:

✓ GUILTY         _____ NOT GUILTY


As to Count IX, charging the Defendants with Spending Money Laundering on or about October 13, 2014, in violation of 18 U.S.C. § 1957, we find:

As to defendant Omar Morales Colon:

✓ GUILTY         _____ NOT GUILTY

As to defendant Shakira Martinez:

✓ GUILTY         _____ NOT GUILTY

As to Count X, charging Defendant Shakira Martinez with Structuring to Avoid Reporting Requirements on or about November 20, 2014, in violation of 31 U.S.C. § 5313(a), we find defendant Martinez:

_____✓_____ GUILTY                _____ NOT GUILTY


As to Count XI, charging the Defendants with Concealment Money Laundering on or about November 21, 2014, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), we find:

As to defendant Omar Morales Colon:

_____✓_____ GUILTY                _____ NOT GUILTY

As to defendant Shakira Martinez:

_____✓_____ GUILTY                _____ NOT GUILTY

As to Count XII, charging the Defendants with Concealment Money Laundering on or about November 21, 2014, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), we find:

As to defendant Omar Morales Colon:

_____✓_____ GUILTY          _____ NOT GUILTY

As to defendant Shakira Martinez:

_____✓_____ GUILTY          _____ NOT GUILTY

As to Count XIII, charging the Defendants with Concealment Money Laundering on or about November 10, 2015, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), we find:

As to defendant Omar Morales Colon:

_____✓_____ GUILTY          _____ NOT GUILTY

As to defendant Shakira Martinez:

_____✓_____ GUILTY          _____ NOT GUILTY

As to Count XIV, charging Defendant Shakira Martinez with Structuring to Avoid Reporting Requirements on or about November 10, 2015, in violation of 31 U.S.C. § 5313(a), we find defendant Martinez:

____✓____ GUILTY            _____ NOT GUILTY

As to Count XV, charging the Defendants with Concealment Money Laundering on or about December 5, 2016, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), we find:

As to defendant Omar Morales Colon:

____✓____ GUILTY            _____ NOT GUILTY

As to defendant Shakira Martinez:

____✓____ GUILTY            _____ NOT GUILTY

As to Count XVI, charging Defendant Shakira Martinez with Structuring to Avoid Reporting Requirements on or about December 5, 2016, in violation of 31 U.S.C. § 5313(a), we find defendant Martinez:

____✓____ GUILTY            _____ NOT GUILTY

6

