## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

      Plaintiff.

  v.

OMAR COLON and
SHAKIRA MARTINEZ,

      Defendants.

Crim. Action No. 17-47-SB

## **FINAL ORDER OF FORFEITURE**

WHEREAS, on November 21, 2022, this Court entered a Preliminary Order of

Forfeiture, ordering defendant to forfeit property, including, but not limited to:

a.      Real Property at 17 Memorial Drive, New Castle, DE (assigned asset

identification number 18-DEA-695259);

b.      Real Property at 14 Chelwynne Road, New Castle, DE (assigned asset

identification number 18-DEA-695261);

c.      Real Property at 2000 Linkwood Avenue, Wilmington, DE (assigned

asset identification number 18-DEA-695262);

d.      Real Property at 4010 Kirkwood Saint Georges Road, Bear, DE

(assigned asset identification number 17-DEA-632321);

e.      Real Property at 822 West 9th Street, Wilmington, DE (assigned asset

identification number 18-DEA-695263);

f.      Real Property at 505 N. Harrison Street Wilmington, DE (assigned asset

identification number 18-DEA-697637);

g.      Real Property at 106 and 114 North Union Street, Wilmington, DE

(assigned asset identification number 18-DEA-695266);

h.    Real Property at 241 1/2 Smalleys Dam Road, Newark, DE (assigned asset identification number 18-DEA-644435);

i.    Real Property at 507 North Lincoln Street, Wilmington, DE (assigned asset identification number 18-DEA-644443);

j.    Real Property at 614 Rogers Avenue, Aston, PA (assigned asset identification number 17-DEA-632320);

k.    Real Property at 0 Smalleys Dam Road, Newark, DE (assigned asset identification number 18-DEA-644444);

l.    Real Property at 914 Marshall Street Wilmington, DE (assigned asset identification number 18-DEA-644432);

m.    Real Property at 920 Marshall Street, Wilmington, DE (assigned asset identification number 18-DEA-644427);

n.    Real Property at 916 Marshall Street, Wilmington, DE (assigned asset identification number 17-DEA-632324); and

o.    Real Property at 1024 Brown Street, Wilmington, DE (assigned asset identification number 18-DEA-644436);

p.    Real Property at 917 Brown Street, Wilmington, DE (assigned asset identification number 18-DEA-644445)

(the "Real Property" and collectively, with the Ford, the "Subject Property").

WHEREAS, the United States caused to be published for at least thirty (30)

2

consecutive days on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the Subject Property; and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, the United States seeks a final order of forfeiture as to the following property:

a.  Mortgage for Real Property at 17 Memorial Drive, New Castle, DE (assigned asset identification number 18-DEA-695259);

b.  Mortgage for Real Property at 14 Chelwynne Road, New Castle, DE (assigned asset identification number 18-DEA-695261);

c.  Mortgage of Real Property at 2000 Linkwood Avenue, Wilmington, DE (assigned asset identification number 18-DEA-695262);

c.  Real Property at 4010 Kirkwood Saint Georges Road, Bear, DE (assigned asset identification number 17-DEA-632321);

d.  Mortgage for Real Property at 822 West 9th Street, Wilmington, DE (assigned asset identification number 18-DEA-695263);

e.  Mortgage of Real Property at 505 N. Harrison Street Wilmington, DE (assigned asset identification number 18-DEA-697637);

g.  Real Property at 106 and 114 North Union Street, Wilmington, DE (assigned asset identification number 18-DEA-695266);

h.  Real Property at 241 1/2 Smalleys Dam Road, Newark, DE (assigned

asset identification number 18-DEA-644435);

i.    Real Property at 507 North Lincoln Street, Wilmington, DE (assigned asset identification number 18-DEA-644443);

j.    Real Property at 614 Rogers Avenue, Aston, PA (assigned asset identification number 17-DEA-632320);

k.    Real Property at 0 Smalleys Dam Road, Newark, DE (assigned asset identification number 18-DEA-644444);

l.    Real Property at 914 Marshall Street Wilmington, DE (assigned asset identification number 18-DEA-644432);

m.    Real Property at 920 Marshall Street, Wilmington, DE (assigned asset identification number 18-DEA-644427);

n.    Real Property at 916 Marshall Street, Wilmington, DE (assigned asset identification number 17-DEA-632324);

o.    Real Property at 1024 Brown Street, Wilmington, DE (assigned asset identification number 18-DEA-644436);

p.    Real Property at 917 Brown Street, Wilmington, DE (assigned asset identification number 18-DEA-644445); and

q.    2011 Ford F450 VIN# 1FT8W4DT9BEC13967 (assigned asset identification number 17-DEA-631317)

(collectively, the "Subject Property")

WHEREAS all claims to the Subject Property have been resolved or addressed by the Court; and

4

WHEREAS the Court finds that the defendants had an interest in the Subject Property that is subject to forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982, 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982, 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the rights and/or interests of any third parties whose claims were denied by the Court or who failed to file a claim regarding the Subject Property are terminated, including the possessory claims of any occupants of the Subject Property; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, with respect to any of the above-described real properties that are unoccupied:

a. The United States Marshals Service ("USMS") and/or its agents and representatives may immediately enter the premises and take possession and control of the real property, exercising any and all incidents of ownership with respect thereto, and dispose of such real property in accordance with law. Any property found thereon may be disposed of in the discretion of USMS without further liability.

5

    b. If any persons are found residing on the premises, USMS may, in its discretion, remove them immediately or in such time as they determine; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, with respect to any of the above-described real properties that are occupied:

    a. All persons occupying the real property, whether known or unknown, including Karina Colon Aguilar, shall immediately vacate the real property, remove all personal property, and leave all improvements, buildings, fixtures, and appurtenances within the real property.

    b. USMS shall attempt to serve the occupants with, and shall post a copy of, this Order at each real property.

    c. The occupants of the property shall have 21 days from the date of service or posting of this Order to vacate the real property. Thereafter, USMS may enlist the aid of, and be accompanied by, any federal, state or local law enforcement and contractors as they deem necessary to remove the occupants and their personal property from each real property, and may use such force as is reasonably necessary to gain entry and to remove the occupants and their personal property, including breaking locks, removing barricades, and forcibly removing any persons or personal property from the property. Any personal property left at the real property after the expiration of 21 days' notice shall be treated as

abandoned and may be disposed of at the discretion of the USMS without further liability.

d.  No person, occupying or not, shall cause damage to the real property.

e.  Any interference with anyone acting pursuant to this Order shall be deemed a violation of a Court order and may be punished as a violation of 18 U.S.C. § 2232, prohibiting the impairment of *in rem* jurisdiction, or as otherwise provided by law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.


Dated:                                      SO ORDERED:


June 11, 2025                    _____
                                         HONORABLE STEPHANOS BIBAS
                                         UNITED STATES CIRCUIT JUDGE

7